**Shateek Amin BILAL, Plaintiff–Appellant,**

v.

**David CARROLL; Thomas Aker; Dennis Vanburen; Albert Prado; William Wesley; Tony Jones; Correctional Officer Chappell; Correctional Institution Dunkley, Defendants–Appellees.**

No. 02–7679.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

Shateek Amin Bilal, Appellant Pro Se. Mary S. Mercer, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Shateek Amin Bilal appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bilal v. Carroll*, No. CA–02–287–5–BO (E.D.N.C. Oct. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*